# Mississippi Electronic Courts
## Fifth Chancery Court District (Hinds Chancery Court - Jackson)
## CIVIL DOCKET FOR CASE #: 25CH1:25-cv-00951

Tracewood Apts 2021 LLC v. Jxn Water Inc.
Assigned to: J. Dewayne Thomas

**Upcoming Settings:**

None Found

Date Filed: 08/12/2025
Current Days Pending: 1
Total Case Age: 1
Jury Demand: None
Nature of Suit: Declaratory Judgment (49)

---

**Petitioner**

**Tracewood Apts 2021 LLC**

represented by

**Scherrie L Prince**
Prince & Associates, PLLC
Post Office Box 320937
FLOWOOD, MS 39232
601-206-0284
Fax: 601-499-4498
Email: scherrie@princelawassociates.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Jxn Water Inc.**

**Respondent**

**Edward Henifin, in his official
capacity as Interim Third-Party
Manager of the City of Jackson's
Water and Sewer System**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/12/2025 | 2 | Verified PETITION For Injunctive Relief And Other Relief against Edward Henifin, in his official capacity as Interim Third-Party Manager of the City of Jackson's Water and Sewer System, Jxn Water Inc., filed by Tracewood Apts 2021 LLC. (Attachments: # 1 Civil Cover Sheet,) (BR) (Entered: 08/12/2025) |
| 08/12/2025 | 3 | SUMMONS Issued for service upon Jxn Water Inc.. (BR) (Entered: 08/12/2025) |
| 08/12/2025 | 4 | SUMMONS Issued for service upon Edward Henifin, in his official capacity as Interim Third-Party Manager of the City of Jackson's Water and Sewer System. (BR) (Entered: 08/12/2025) |
| 08/13/2025 | 5 | NOTICE of Hearing re 2 Petition, by Tracewood Apts 2021 LLC (Prince, Scherrie) (Entered: 08/13/2025) |

**Exhibit A**

FILED
AUG 12 2025
EDDIE JEAN CARR, CHANCERY CLERK
BY _____ D.C.

# IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**TRACEWOOD APTS 2021 LLC**

**PETITIONER**

**VS.**

CAUSE NO.: G2025-951 T/1

**JXN WATER INC., and**
**EDWARD HENIFIN, in his official capacity as**
**Interim Third-Party Manager of the City of Jackson's**
**Water and Sewer System**

**RESPONDENTS**

---

### VERIFIED PETITION FOR INJUNCTIVE RELIEF AND OTHER RELIEF

---

COMES NOW, Petitioner, TRACEWOOD APTS 2021 LLC ("Tracewood") and files this Verified Petition for Injunctive Relief and Other Relief against Respondents, JXN WATER INC. and EDWARD HENIFIN, in his official capacity as Interim Third-Party Manager of the City of Jackson's Water and Sewer System (collectively, "JXN Water"), and in support thereof, states as follows:

#### I. PARTIES

1. Petitioner, TRACEWOOD APTS 2021 LLC, is a limited liability company incorporated in Delaware, with its principal office address at 338 Whitesville Road, Suite 601, Jackson, New Jersey 08527. Tracewood operates a multi-unit residential property located at 6300 Old Canton Road, Jackson, Mississippi 39211.

2. Respondent, JXN WATER INC., is a Mississippi corporation with its principal office address at 802 Lakeland Drive, APT 414, Jackson, MS 39216. JXN Water Inc. operates as the Interim Third-Party Manager of the City of Jackson's Water and Sewer System pursuant to a federal court order.

3. Respondent, EDWARD HENIFIN, is the Interim Third-Party Manager of the City of Jackson's Water and Sewer System, appointed by federal court order, and serves as the

1

**Exhibit A**

Registered Agent for JXN Water Inc., with an address at 802 Lakeland Drive. Apt 414, Jackson.

MS 39216. He is sued herein in his official capacity, deriving his authority from the federal court's

oversight of a Mississippi municipal water system.

## II. JURISDICTION AND VENUE

4.    This Court has jurisdiction over the subject matter of this action pursuant to Miss.

Code Ann. § 9-5-81, as this is an action seeking equitable relief, including injunction, declaratory

judgment, and an accounting, within the First Judicial District of Hinds County, Mississippi, where

the property at issue is located and where JXN Water conducts its operations.

5.    Venue is proper in the Chancery Court of the First Judicial District of Hinds

County, Mississippi, pursuant to Miss. Code Ann. § 11-9-105, as the property subject to this

dispute is located within this judicial district, and the Respondents conduct business and maintain

their principal office within this district.

6.    This action arises from a local dispute concerning the provision of essential utility

services to real property located in Mississippi, the billing for such services, and the application of

Mississippi property law and utility regulations.

7.    This Petition does not assert claims arising under the Constitution, laws, or treaties

of the United States.

8.    The federal court's receivership order over the City of Jackson's water system does

not divest this state court of jurisdiction over this specific billing and service dispute, which

pertains to the rights and obligations of a property owner under Mississippi law regarding utility

services.

Exhibit A

### III. FACTUAL ALLEGATIONS

9.      Tracewood Apartments 2021 LLC is the owner and operator of the multi-unit residential property known as Tracewood Apartments, physically located at 6300 Old Canton Road, Jackson, Mississippi. Pineview Equity Group acquired ownership of Tracewood Apartments 2021 LLC on August 12, 2021.

10.     The Tracewood Apartments property is serviced by JXN Water through multiple water accounts, including, but not limited to, the following:

   a.   Account 0191145503 (6300 OLD CANTON RD 12)
   b.   Account 0775463501 (6300 OLD CANTON RD 13 & 15)
   c.   Account 2133549001 (6300 OLD CANTON RD OFC)
   d.   Account 3156202040 (6300 OLD CANTON RD 17)
   e.   Account 8200625181 (6300 OLD CANTON RD 10)
   f.   Account 1997813984 (6300 OLD CANTON RD 7)
   g.   Account 2886954066 (6300 OLD CANTON RD 1)
   h.   Account 3770733870 (6300 OLD CANTON RD 6)
   i.   Account 7532015144 (6300 OLD CANTON RD 3)
   j.   Account 8216256497 (6300 OLD CANTON RD 5)
   k.   Account 9134321089 (6300 OLD CANTON RD 2)
   l.   Account 9571481297 (6300 OLD CANTON RD 9)

11.     For multiple successive periods during Tracewood's ownership and operation of the property, Petitioner did not receive water bills from JXN Water.

12.     When Petitioner did receive water bills, the amounts fluctuated and appeared to be inconsistent with water usage at the premises. These inconsistencies have made it impossible for Tracewood to reconcile the charges or understand the basis of the billing.

13.     Petitioner has diligently attempted to resolve these billing discrepancies with JXN Water, including requesting detailed meter readings and certified accountings for all months of service, even for periods when no bills were received.

**Exhibit A**

14.    Despite these efforts, JXN Water has failed to provide the requested meter readings and a comprehensive, certified, month-by-month accounting for all of Tracewood's water accounts, thereby preventing Petitioner from verifying the accuracy of the charges.

15.    On or about July 25, 2025, JXN Water issued a "FINAL NOTICE" of disconnection for Account 0775463501 (6300 OLD CANTON RD 13 & 15), demanding a balance due of $135,651.76 by August 15, 2025. A copy of this notice is attached hereto as Exhibit A.

16.    On or about July 23, 2025, JXN Water issued additional "FINAL NOTICE" of disconnection for Account 9134321089 (6300 OLD CANTON RD 2), demanding a balance due of $31,336.54 by August 13, 2025. A copy of this notice is attached hereto as Exhibit B.

17.    On or about July 23, 2025, JXN Water issued additional "FINAL NOTICE" of disconnection for Account 9571481297 (6300 OLD CANTON RD 9), demanding a balance due of $113,098.22 by August 13, 2025. A copy of this notice is attached hereto as Exhibit C.

18.    On or about July 23, 2025, JXN Water issued additional "FINAL NOTICE" of disconnection for Account 8200625181 (6300 OLD CANTON RD 10), demanding a balance due of $54,545.30 by August 13, 2025. A copy of this notice is attached hereto as Exhibit D.

19.    The total alleged past due balance for these four accounts alone exceeds $334,000.00.

20.    In light of the substantial and disputed amounts, and JXN Water's documented history of billing inaccuracies and issues with its system, Petitioner has attempted to enter into a reasonable payment plan with JXN Water while the historical billing discrepancies are investigated and resolved.

4

**Exhibit A**

21.    Despite Petitioner's good faith efforts, JXN Water has refused to negotiate or enter into a reasonable payment plan, insisting on full payment of the disputed amounts or threatening disconnection.

22.    Disconnection of water services to Tracewood Apartments, a large residential complex, would cause immediate and irreparable harm to Petitioner and its residents. Such an action would render numerous units uninhabitable, force residents to vacate, lead to severe financial losses for Tracewood, violate existing lease agreements, and create a public health and safety hazard.

23.    Petitioner has no adequate remedy at law, as monetary damages alone cannot compensate for the disruption, displacement of residents, damage to reputation, and potential legal liabilities that would result from the disconnection of essential water services.

## IV. CLAIMS FOR RELIEF

### COUNT I: INJUNCTIVE RELIEF (TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION)

24.    Petitioner incorporates by reference the preceding paragraphs as if fully set forth herein.

25.    Petitioner is suffering and will continue to suffer immediate and irreparable harm if JXN Water is permitted to disconnect water services to any of Tracewood Apartments' locations. This harm includes, but is not limited to, rendering residential units uninhabitable, loss of rental income, breach of lease agreements, damage to property, and severe disruption to the lives of hundreds of residents.

26.    Petitioner has no adequate remedy at law to prevent this irreparable harm.

27.    Petitioner has a substantial likelihood of success on the merits of its claims, as it has a legitimate and well-founded dispute regarding the accuracy of JXN Water's billing and a

5

**Exhibit A**

right to a proper accounting before services are terminated. JXN Water's refusal to provide such an accounting and enter into a reasonable payment plan, despite known systemic billing issues, is arbitrary and capricious.

28.    The balance of hardships weighs heavily in favor of Petitioner. The harm to Tracewood and its residents from disconnection far outweighs any minimal inconvenience or financial burden to JXN Water in delaying disconnection until a proper accounting and resolution of the billing dispute can be achieved.

29.    Granting injunctive relief is in the public interest, as it will prevent the widespread displacement of residents and maintain essential utility services to a large segment of the Jackson community.

## COUNT II: DECLARATORY JUDGMENT

30.    Petitioner incorporates by reference the preceding paragraphs as if fully set forth herein.

31.    An actual controversy exists between Petitioner and JXN Water regarding the validity and accuracy of the water bills issued to Tracewood Apartments, particularly for periods where no bills were received or where amounts fluctuated inconsistently with occupancy.

32.    Petitioner seeks a declaration from this Court that JXN Water is obligated to provide a complete, certified, month-by-month accounting of all water usage and charges for each of Tracewood's accounts since Pineview Equity Group acquired the property.

33.    Petitioner further seeks a declaration that the disconnection notices are invalid and unenforceable until such time as JXN Water provides a proper accounting and the disputed amounts are resolved or a reasonable payment plan is established.

6

## COUNT III: ACCOUNTING

34.    Petitioner incorporates by reference the preceding paragraphs as if fully set forth herein.

35.    Due to JXN Water's failure to provide regular and accurate bills, and the significant discrepancies in the bills that were received, a complex and intricate accounting is necessary to determine the true amount, if any, owed by Tracewood to JXN Water.

36.    JXN Water, as the utility provider, is in sole possession of the meter readings and billing data necessary to provide a full and accurate accounting of the services rendered and charges incurred for each of Tracewood's accounts.

37.    Petitioner is entitled to a full and complete accounting from JXN Water for all water services provided to Tracewood Apartments since Pineview Equity Group acquired the property, including all meter readings and the methodology used to calculate charges for each month.

## COUNT IV: BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

38.    Petitioner incorporates by reference the preceding paragraphs as if fully set forth herein.

39.    An implied contract exists between Tracewood and JXN Water for the provision of water and sewer services, which includes an implied covenant of good faith and fair dealing.

40.    JXN Water has breached this implied covenant by:

    a.    Failing to provide regular and accurate billing statements.

    b.    Issuing bills with amounts inconsistent with actual usage and occupancy.

    c.    Refusing to provide a detailed, certified accounting of charges upon request.

Exhibit A

  d. Refusing to engage in good faith negotiations for a reasonable payment plan,
despite the clear billing disputes and the significant financial implications of
disconnection.

41. As a direct and proximate result of JXN Water's breach, Petitioner has suffered and
will continue to suffer damages, including but not limited to, the threat of service disconnection,
financial uncertainty, and the need to incur legal fees and costs to resolve this dispute.

V. PRAYER FOR RELIEF

WHEREFORE, Petitioner, TRACEWOOD APTS 2021 LLC, respectfully prays that this
Honorable Court enter an Order granting the following relief:

  A. Issue a Temporary Restraining Order, without notice to Respondents, immediately
restraining and enjoining JXN Water from disconnecting water service to any and all
accounts associated with TRACEWOOD APTS 2021 LLC at 6300 Old Canton Road,
Jackson, Mississippi, including but not limited to accounts 0191145503, 0775463501,
2133549001, 3156202040, 8200625181, 1997813984, 2886954066, 3770733870,
7532015144, 8216256497, 9134321089, and 9571481297.

  B. Following a hearing, issue a Preliminary Injunction restraining and enjoining JXN
Water from disconnecting water service to any and all accounts associated with
TRACEWOOD APTS 2021 LLC at 6300 Old Canton Road, Jackson, Mississippi, until
such time as a full and accurate accounting is provided, the billing dispute is resolved,
or a reasonable payment plan is established and agreed upon by the parties or ordered
by the Court.

  C. Upon final hearing, issue a Permanent Injunction consistent with the terms of the
Preliminary Injunction.

8

Exhibit A

D. Enter a Declaratory Judgment that JXN Water is legally obligated to provide Petitioner with certified meter readings for each month of service and a detailed, certified, month-by-month accounting of how bills have been calculated for all months, including those for which no bills were previously received, for all Tracewood accounts.

E. Order JXN Water to provide a full and complete accounting of all charges and payments for each of Tracewood's water accounts since Pineview Equity Group acquired the property.

F. Order JXN Water to engage in good faith negotiations to establish a reasonable payment plan with Petitioner for any legitimately owed amounts, pending the resolution of the billing dispute.

G. Award Petitioner its reasonable attorney's fees, costs, and expenses incurred in prosecuting this action.

H. Grant such other and further relief as this Honorable Court may deem just and proper.

This the 7 day of August, 2025.

Respectfully submitted,

TRACEWOOD APTS 2021, LLC

By: _____

Aharon Kirshenbaum, Member

Of Counsel:

Scherrie L. Prince, MS Bar No. 103808
PRINCE & ASSOCIATES, PLLC
PO Box 320937
Flowood, MS 39232
Telephone: (601) 206-0284
Facsimile: (601) 499-4498
Email: scherrie@princelawassociates.com

9

Exhibit A

## VERIFICATION

STATE OF ___N. J.___

COUNTY OF ___Ocean___

      PERSONALLY appeared before me, the undersigned authority in and for the said County and State, AHARON KIRSHENBAUM, who, after being by me first duly sworn, states on oath that he is a Member of TRACEWOOD APTS 2021 LLC, and that he has read the foregoing Verified Petition for Injunctive Relief and Other Relief, and that the matters and facts stated therein are true and correct to the best of his knowledge, information, and belief.

                                    _____
                                      AHARON KIRSHENBAUM

      SWORN TO AND SUBSCRIBED before me, this the 7th day of August, 2025.

                                    _____
                                      NOTARY PUBLIC

                                                  ┌──────────────────────────┐
                                                │    MALKA FUCHS    │

MY COMMISSION EXPIRES:               │ Commission # 2409960 │
                                            │ Notary Public, State of New Jersey │
_____        │ My Commission Expires │
                                            │   June 28, 2026   │
                                                └──────────────────────────┘

**Exhibit A**

## IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**TRACEWOOD APTS 2021 LLC**                                    **PETITIONER**

**VS.**                                        CAUSE NO.: G2025-951 T/1

**JXN WATER INC., and**
**EDWARD HENIFIN, in his official capacity as**
**Interim Third-Party Manager of the City of Jackson's**
**Water and Sewer System**                              **RESPONDENTS**

---

### SUMMONS

---

**THE STATE OF MISSISSIPPI**

**TO:**   Edward  Henifin, Registered Agent
      JXN WATER INC
      802 Lakeland Drive, APT 414, Jackson, MS 39216

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint
herein to SCHERRIE L. PRINCE, the attorney for the Plaintiff, whose street address is 1000
Highland Colony Parkway, Suite 5203 - #3057, Ridgeland, MS 39157.  Your response must be
mailed or delivered within thirty (30) days from the date of delivery of this Summons and
Complaint or a Judgment by Default will be entered against you for the money or other things
demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this the 12 day of August, 2025.

[Seal]

Eddie Jean Carr, Chancery Clerk
Hinds County, Mississippi

BY: _____
*(Signature of Clerk or Deputy Clerk)*

*Requested by:*
Prince & Associates, PLLC
PO Box 320937, Flowood, MS 39232
Telephone: (601) 206-0284

1

**Exhibit A**

## PROOF OF SERVICE-SUMMONS
## EDWARD  HENIFIN
### Registered Agent for JXN Water, Inc.

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below:

[____] **PERSONAL SERVICE.** I personally delivered copies to **EDWARD  HENIFIN** on the _____ day of _____, 2025, where I found said person(s) in _____ County of the State of _____.

[____] **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies to said person within _____, _____ County, Mississippi. I served the summons and complaint on the ____ day of _____, 2025, at **EDWARD  HENIFIN'S** usual place of abode by leaving a true copy of the summons and complaint with _____ who is the _____ of **EDWARD  HENIFIN** who was over the age of sixteen (16) years of age and willing to receive the summons and complaint on behalf of **EDWARD HENIFIN** On this, the ____ day of _____, 2025, I mailed (by first class mail, postage prepaid) copies to the person served (**EDWARD  HENIFIN**) at his/her usual place of abode where the copies were left.

[____] **FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE.** By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice, acknowledgement and return envelope, postage prepaid, addressed to the sender. (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

[____] **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or other evidence of actual delivery to person served.)

[____] **I WAS UNABLE TO SERVE THE SUMMONS AND COMPLAINT.**

**AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION.**

Name: _____

Address: _____

Telephone No.: _____

Social Security No.: XXX-XX-_____

Fee for Service: $_____

**STATE OF MISSISSIPPI**
**COUNTY OF _____**

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER (SIGNATURE)

SWORN to and subscribed before me, this the ____ day of _____, 2025.

_____
NOTARY

2

Exhibit A

**IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI**
**FIRST JUDICIAL DISTRICT**

**TRACEWOOD APTS 2021 LLC**                                        **PETITIONER**

**VS.**                                        CAUSE NO.: (r2025-951 T/)

**JXN WATER INC., and**
**EDWARD HENIFIN, in his official capacity as**
**Interim Third-Party Manager of the City of Jackson's**
**Water and Sewer System**                                        **RESPONDENTS**

**THE STATE OF MISSISSIPPI**

**TO:**   Edward Henifin, In His Official Capacity as Interim Third-Party Manager of the City of
Jackson's Water and Sewer System
802 Lakeland Drive, APT 414, Jackson, MS 39216

<u>**NOTICE TO DEFENDANT**</u>

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND**
**YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint
herein to SCHERRIE L. PRINCE, the attorney for the Plaintiff, whose street address is 1000
Highland Colony Parkway, Suite 5203 - #3057, Ridgeland, MS 39157. Your response must be
mailed or delivered within thirty (30) days from the date of delivery of this Summons and
Complaint or a Judgment by Default will be entered against you for the money or other things
demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this the 12 day of August, 2025.

[Seal]                                        Eddie Jean Carr, Chancery Clerk
Hinds County, Mississippi

BY: _____
*(Signature of Clerk or Deputy Clerk)*

*Requested by:*
Prince & Associates, PLLC
PO Box 320937, Flowood, MS 39232
Telephone: (601) 206-0284
Email: scherrie@princelawassociates.com

## PROOF OF SERVICE-SUMMONS
## EDWARD HENIFIN, In His Official Capacity as Interim Third-Party Manager of the City of Jackson's Water and Sewer System

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below:

[\_\_\_\_] **PERSONAL SERVICE.** I personally delivered copies to **EDWARD HENIFIN** on the _____ day of _____, 2025, where I found said person(s) in _____ County of the State of _____.

[\_\_\_\_] **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies to said person within _____, _____ County, Mississippi. I served the summons and complaint on the \_\_\_\_ day of _____, 2025, at **EDWARD HENIFIN'S** usual place of abode by leaving a true copy of the summons and complaint with _____who is the _____ of **EDWARD HENIFIN** who was over the age of sixteen (16) years of age and willing to receive the summons and complaint on behalf of **EDWARD HENIFIN** On this, the \_\_\_\_ day of _____, 2025, I mailed (by first class mail, postage prepaid) copies to the person served (**EDWARD HENIFIN**) at his/her usual place of abode where the copies were left.

[\_\_\_\_] **FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE.** By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice, acknowledgement and return envelope, postage prepaid, addressed to the sender. (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

[\_\_\_\_] **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or other evidence of actual delivery to person served.)

[\_\_\_\_] **I WAS UNABLE TO SERVE THE SUMMONS AND COMPLAINT.**

**AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION.**

Name: _____

Address: _____

Telephone No.: _____

Social Security No:    XXX-XX-_____

Fee for Service:    $_____

**STATE OF MISSISSIPPI**
**COUNTY OF** _____

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____who being first by me duty sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER (SIGNATURE)

SWORN to and subscribed before me, this the \_\_\_\_ day of _____, 2025.

_____
NOTARY

**Exhibit A**

**IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI**
**FIRST JUDICIAL DISTRICT**

**TRACEWOOD APTS 2021 LLC**                                    **PETITIONER**

**VS.**                                    **CAUSE NO.: 25CH1:25-cv-00951**

**JXN WATER INC., and**
**EDWARD HENIFIN, in his official capacity as**
**Interim Third-Party Manager of the City of Jackson's**
**Water and Sewer System**                                    **RESPONDENTS**

---

### NOTICE OF HEARING

---

TO: THE CITY OF JACKSON, MISSISSIPPI, JXN WATER INC., EDWARD HENIFIN, in his official capacity as Interim Third-Party Manager of the City of Jackson's Water and Sewer System, and all counsel of record:

YOU ARE HEREBY NOTIFIED that Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction will come on for hearing before the Honorable Dewayne Thomas, Chancellor, in the Chancery Courtroom of the Hinds County Courthouse, Jackson, Mississippi, on:

**DATE:** August 13, 2025

**TIME:** 2:00 p.m.

**LOCATION:** Hinds County Chancery Court, First Judicial District , Jackson, Mississippi before the Honorable Dewayne Thomas

At said hearing, the Court will consider Petitioner's request for injunctive relief to restrain and enjoin Respondents from disconnecting water service to Petitioner's property located at 6300 Old Canton Road, Jackson, Mississippi, and for such other relief as the Court may deem just and proper.

All interested parties and counsel are required to appear at the time and place set forth above.

This the 13th day of August, 2025.

Respectfully submitted,

TRACEWOOD APTS 2021, LLC

By: */s/ Scherrie L. Prince*
    Scherrie L. Prince, MS Bar No. 103808

**Exhibit A**

*Of Counsel:*

PRINCE & ASSOCIATES, PLLC
PO Box 320937
Flowood, MS 39232
Telephone: (601) 206-0284
Facsimile: (601) 499-4498
Email: scherrie@princelawassociates.com


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Hearing has been

served upon the following parties by email and attempted communication via telephone and email:

Malissa Wilson
Forman Watkins & Krutz LLP
Email: malissa.wilson@formanwatkins.com
*Attorney for JXN Water, Inc.*

Drew Martin
City of Jackson, Mississippi
Email: dmartin@city.jackson.ms.us
*Attorney for the City of Jackson, Mississippi*

Carrie Johnson
City of Jackson, Mississippi
Email: cjohnson@city.jackson.ms.us
*Attorney for the City of Jackson, Mississippi*

Jason Nabors
City of Jackson, Mississippi
Email: jnabors@city.jackson.ms.us
*Attorney for the City of Jackson, Mississippi*

This the 13th day of August, 2025.

*/s/ Scherrie L. Prince*
SCHERRIE L. PRINCE

**Exhibit A**